**Order filed October 27, 2020**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-19-00034-CV**

———————

**JENEA ANN MUNGIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1459495**

## ORDER

On February 26, 2020, appellant's motion to waive oral argument and delay submission pending dismissal of this appeal was granted. As of this date, the parties have not filed a motion to dismiss the appeal or other dispositive motion, or a motion to reinstate the appeal.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution. Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Spain.